UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 05-cr-10006-02 |
| -vs- | JUDGE DRELL |
| WILLIAM GLEN SCHROEDER (02) | MAG. JUDGE PEREZ-MONTES |

ORDER

Before the court is Schroeder's motion to appoint counsel to assist with the filing of a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 108). There is no constitutional right to appointed counsel in post-conviction proceedings. Pennsylvania v. Finley, 481 U.S. 551, 555 (1987). See also United States v. Whitebird, 55 F.3d 1007, 1010 (5th Cir.1995) and United States v. Moore, 400 F.Appx. 851, 852 (5th Cir. 2010) (*per curiam*)). Moreover, the First Step Act does not provide for the appointment of counsel for those seeking relief under §3582(c)(1)(A). Although appointment of counsel may be allowed when "the court determines the interests of justice so require," United States v. Robinson, 542 F.3d 1042, 1051-52 (5th Cir.2008), Schroeder has failed to show such circumstances exist here. Accordingly, it is

ORDERED that the motion to appoint counsel (Doc. 108) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 28th day of September 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT